**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| DR. MEHRDAD MAKHANI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Banking Association; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-09644 AB (MRWx)<br>Hon. Andre Birotte, Jr.<br>Ctrm. 7B<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>Action Filed:    September 16, 2019<br>Removal Date: November 8, 2019<br>Trial Date:       None Set |

## ORDER

Pursuant to the stipulation for dismissal with prejudice filed by Plaintiff Dr. Mehrdad Makhani and Defendant Wells Fargo Bank, N.A., IT IS HEREBY ORDERED THAT:

1. Defendant Wells Fargo Bank, N.A. is hereby dismissed from the above-referenced Action, *with prejudice*, and each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: June 15, 2020

_____
Hon. Andre Birotte, Jr.
United States District Judge