JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DR. MEHRDAD MAKHANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Banking Association; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-09644 AB (MRWx)<br><br>Hon. André Birotte Jr.<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>FAC filed:  December 5, 2019 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Dr. Mehrdad Makhani's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: June 15, 2020

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge